IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal with prejudice acknowledged [8]. JMS, DJ 10/5/21 Distribution via ECF

WILDER JORDAN,       )
    Plaintiff,        )
                      )
v.                   )     Case Number 1:21-cv-2147-JMS-MJD
                      )
ROCKY MOUNTAIN LANDSCAPE )
MANAGEMENT, INC.,    )
    Defendant.        )

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Wilder Jordan, by his attorney, Gregory Bowes, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby notifies the Court and parties that he is dismissing this cause of action with prejudice.

Respectfully submitted,

_/s/ Gregory Bowes_
Gregory Bowes
Greg Bowes Legal Services, P.C.
Supreme Court # 4335-49
PO Box 741
Indianapolis IN 46206-0741
317-259-4442
Internet: GregBowes.pro
E-mail: Greg@GregBowes.pro
Attorney for Plaintiff